1   BORIS FELDMAN, State Bar No. 128838
    boris.feldman@freshfields.com
2   DORU GAVRIL, State Bar No. 282309
    doru.gavril@freshfields.com
3   DREW LIMING, State Bar No. 305156
    drew.liming@freshfields.com
4   FRESHFIELDS BRUCKHAUS DERINGER US LLP
    2710 Sand Hill Road
5   Menlo Park, CA 94025
    Telephone: (650) 618-9250
6
    MARY EATON (*pro hac vice forthcoming*)
7   mary.eaton@freshfields.com
    FRESHFIELDS BRUCKHAUS DERINGER US LLP
8   601 Lexington Avenue, 31st Floor
    New York, NY 10022
9   Telephone: (212) 277-4001

10  *Attorneys for Defendants Pinterest, Inc.,*
    *Ben Silbermann, and Todd Morgenfeld*
11

12

13                     UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17  PAUL HESSONG, on Behalf of Himself and        Case No.: 3:20-cv-08243-WHO
    All Others Similarly Situated,
18                                                **NOTICE OF APPEARANCE OF**
                   Plaintiff,                     **COUNSEL OF RECORD FOR**
19                                                **DEFENDANTS**
            v.
20
    PINTEREST, INC., BEN SILBERMANN, and
21  TODD MORGENFELD

22                 Defendants.

23

24

25

26

27

28

1   TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that Boris Feldman, Doru Gavril, and Drew Liming of

3   Freshfields Bruckhaus Deringer US LLP, 2710 Sand Hill Road, Menlo Park, CA 94025, hereby

4   enter their appearance in the above-captioned matter as attorneys of record on behalf of

5   Defendants Pinterest, Inc., Ben Silbermann, and Todd Morgenfeld (collectively "Defendants").

6   Defendants hereby requests that all further pleadings, notices, documents or other papers herein,

7   except original process, be provided to and served upon counsel by electronic service through

8   ECF.

9   Such appearance shall be without prejudice to Defendants' ability to assert any rights or

10  defenses.

11

12  Dated: November 24, 2020          FRESHFIELDS BRUCKHAUS DERINGER US LLP

13

14                                    By: /s/ *Boris Feldman*
                                          Boris Feldman

15

16                                    *Attorneys for Defendants Pinterest, Inc., Ben*
                                      *Silbermann, and Todd Morgenfeld*

17

18

19

20

21

22

23

24

25

26

27

28