UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HESSONG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PINTEREST, INC., et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-08243-WHO<br><br>**JUDGMENT** |

Plaintiff has notified the Court that he does not intend to file an amended complaint. Dkt. No. 44. Therefore, Judgment is hereby entered in accordance with the Court's September 23, 2021 Order Granting Defendants' Motion to Dismiss. Dkt. No. 42.

**IT IS SO ORDERED.**

Dated: October 12, 2021

William H. Orrick
United States District Judge